UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>BRIAN LEE ASNICAR,<br><br>                Defendant. | CASE NO. MJ 15-333<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Production of Child Pornography; Distribution of Child Pornography; Possession of Child Pornography

<u>Date of Detention Hearing</u>:    July 31, 2015.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

                FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.    Defendant has been charged with an offense involving a victim under the age of 18 under 18 U.S.C, Sections 2251(a) and (e), 2252(a)(2) and (b)(1), and 2252(a)(4)(B) and (b)(2). There is therefore a rebuttable presumption against defendant as to both dangerousness

DETENTION ORDER
PAGE - 1

and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's criminal record includes similar charges, but not convictions. The instant alleged offense pertains to a 3 year old niece. He has some mental health issues and possible suicidal ideation.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>31st</u> day of July, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 2